1  BRIAN J. STRETCH (CABN (163973)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  BRIGID S. MARTIN (CABN 231705)
   Assistant United States Attorney
5       1301 Clay Street, Suite 340S
        Oakland, California 94612
6       Telephone: (510) 637-3680
        FAX: (510) 637-3724
7       brigid.martin@usdoj.gov

8  Attorneys for the United States of America

9                           UNITED STATES DISTRICT COURT
10                         NORTHERN DISTRICT OF CALIFORNIA
11                                  OAKLAND DIVISION
12

13
                                              )   CR 16-00153 HSG
14  UNITED STATES OF AMERICA,                 )
                                              )
15        Plaintiff,                          )   ORDER OF DETENTION
                                              )   PENDING TRIAL
16     v.                                     )
                                              )
17  JESSE DAVID HARTMAN,                      )
                                              )
18        Defendant.                          )
                                              )
19

20      Defendant Jesse David Hartman is charged with being a felon in possession of firearms and

21  ammunition, in violation of 18 U.S.C. § 922(g)(1).

22      Defendant Hartman was arraigned on criminal charges on April 28, 2016. The government

23  moved for the defendant's detention pursuant to 18 U.S.C. § 3142, and requested a detention hearing, as

24  permitted by 18 U.S.C. § 3142(f). On May 3, 2016, following a detention hearing pursuant to 18 U.S.C.

25  § 3142(f), and considering the Pretrial Services bail study, possible sureties offered by the defendant,

26  and oral proffers of counsel as reflected on the record, and the factors set forth in 18 U.S.C.

27  § 3142(g), the Court ordered the defendant detained, finding that the government had met its burden of

28  showing by clear and convincing evidence that no condition or combination of conditions in 18 U.S.C.

ORDER OF DETENTION
CR 16-00153 HSG                                   1

§ 3142(c) will reasonably assure the safety of any other person and the community, or mitigate the risk of non-appearance.

Specifically, the Court took note of the defendant's criminal history as reflected in the Pretrial Services bail study and summarized by the government at the hearing, including but not limited to a voluminous number of failures to appear, two felony assault convictions in 2004 and 2011, defendant's absconding from parole only one month after his release from prison in September 2015, defendant's attempt to run from law enforcement when they attempted to execute the search warrant and arrest in the captioned case, defendant's use of a false name and false persona, and defendant's commencement of his own security firm from which he was hired by at least one community bar to work as an armed security guard. The Court found that these facts demonstrate that the defendant would be a danger to the community if released, and poses a risk of non-appearance. Therefore, the defendant is ordered detained as no condition or combination of conditions will reasonably assure the safety of any other person and the community, or assure his appearance at future court proceedings.

The defendant is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. 18 U.S.C. § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for court appearances. 18 U.S.C. § 3142(i)(4).

IT IS SO ORDERED.

DATED: May 3, 2016

_____
HON. DONNA M. RYU
United States Magistrate Judge

ORDER OF DETENTION
CR 16-00153 HSG                           2