```
JODI LINKER
Federal Public Defender
Northern District of California
JEROME MATTHEWS
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:	(510) 637-3500
Facsimile:	(510) 637-3507
Email:		Jerome_Matthews@fd.org
```

Counsel for Defendant Hartman

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>JESSE HARTMAN,<br><br>        Defendant. | **Case No.:** CR 16–153 HSG<br><br>**ORDER RECALLING WARRANT AND LIFTING FEDERAL DETAINER**<br><br>**Court:**     Courtroom 2, 4th Floor |

On July 20, 2022, the Court sentenced defendant Jesse Hartman to time-served following his admission to Charges Five through Nine of the amended petition alleging violations of the terms of his supervised release, filed with the Court on October 20, 2021. Judgment was filed on July 21, 2022. Docket # 77.

Good cause appearing therefor,

IT IS ORDERED that the warrant and federal detainer issued in connection with the amended petition filed with the Court on October 20, 2021, is hereby recalled.

Dated: July 25, 2022

*/s/ Haywood S. Gilliam, Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge

ORDER
*HARTMAN*, CR 16–153 HSG

1